6

the Defendant and to this Court.
DATED this 26th day of December, 1984.

## SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the Twelfth Judicial District, County of Blaine. STATE OF MONTANA, Plaintiff vs. STEVEN JOHN WALL, Defendant.

## DECISION

No. 1080

The application of the above-named defendant for a review of the sentence of Aggravated Kidnapping, 20 years without eligibility for parole; Consecutive to sentence imposed in Glacier County; Sexual Intercourse Without Consent, 20 years, Consecutive to the Aggravated Kidnapping, and Consecutive to sentence imposed in Glacier County; DANGEROUS DESIGNATION, imposed January 10, 1984, on was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to Aggravated Kidnapping, 20 years without eligibility for parole; Consecutive to sentence imposed in Glacier County; Sexual Intercourse Without Consent, 20 years, to be served Concurrently with the Aggravated Kidnapping, and Consecutive to the sentence imposed in Glacier County. The DANGEROUS DESIGNATION will remain in effect for Sexual Intercourse Without Consent sentence.

We wish to thank Dan McCarthy, Attorney from Anaconda, for his assistance to the Defendant and to this Court. DATED this 26th day of December, 1984.

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the Ninth Judicial District, County of Glacier. STATE OF MONTANA, Plaintiff vs. STEVEN JOHN WALL, Defendant.

## DECISION

No. DC-82-09

The application of the above-named defendant for a review of the sentence of 19 years without eligibility for parole; DANGEROUS, imposed on July 7, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentence imposed was proper and just.

We wish to thank Dan McCarthy, Attorney from Anaconda, for his assistance to the Defendant and to this Court.

DATED this 26th day of December, 1984.

SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

# DECEMBER 1984 CALENDAR

From: The District Court of the Fourth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. BRUCE McEVOY, Defendant.

## DECISION

No. 84-08

The application of the above-named defendant for a review of the sentence of 10 years; consecutive to DC-83-103 from Lake County; the 10 year sentence shall be suspended upon conditions imposed on February 29, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentence imposed was fair and just.

We wish to thank Valarie Bashor of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 26th day of December, 1984.

SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, Thomas A. Olson, Frank M. Davis

From: The District Court of the Fourth Judicial District, County of Lake. STATE OF MONTANA, Plaintiff vs. BRUCE WAYNE McEVOY, Defendant.